

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00747-CV

Leonard Wayne **FLINT**,
Appellant

v.

**KRIPCO ENTERPRISES, INC.** d/b/a Kripco Landscape & Irrigation and Christopher Ryan Box,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1435-CV-C
Honorable William D. Old III, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: April 30, 2025

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because appellant is indigent, no costs are assessed. *See id*. at R. 20.1.

PER CURIAM